LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panos@panoslagoslaw.com

Attorney for Plaintiffs,
GARRETT JAMES SCHMIDT, Deceased, through his Co-Successors in Interest,
JAMES A. SCHMIDT, and CYNTHIA SCHMIDT

Blake P. Loebs (SBN 145790)
bloebs@meyersnave.com
David Mehretu (SBN 269398)
dmehretu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants,
CITY OF MODESTO, a public entity; CITY OF MODESTO POLICE CHIEF GALEN L. CARROLL, in his individual capacity; CITY OF MODESTO POLICE OFFICERS ALEX BETTIS, JOSEPH LAMANTIA, TYLER CALDWELL, DARIEN WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. SCHMIDT, individually; CYNTHIA SCHMIDT, individually; JAMES A. SCHMIDT and CYNTHIA SCHMIDT as Joint Successors in Interest for GARRETT JAMES SCHMIDT, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, a public entity; CITY OF MODESTO POLICE CHIEF GALEN L. CARROLL, in his individual capacity; CITY OF MODESTO POLICE OFFICERS ALEX BETTIS, JOSEPH LAMANTIA, TYLER CALDWELL, DARIEN WILSON, JOSHUA SHACKELFORD, and DOES 1-10, jointly and severally,<br><br>Defendants. | Case No.: 1:17-cv-01411-DAD-MJS<br><br>JOINT STIPULATION AND ORDER TO CONTINUE FEBRUARY 15, 2018 MANDATORY SCHEDULING CONFERENCE |

STIPULATION TO CONTINUE 2/15/18 SCHEDULING CONFERENCE
*Schmidt v. City of Modesto, et al.*
USDC (E.D. Cal.) Case No.: 1:17-cv-01411-DAD-MJS    1

Plaintiffs and Defendants by and through their respective counsel, hereby stipulate to continue the Mandatory Scheduling Conference now set before the Honorable Michael J. Seng from February 15, 2018 at 10:30 a.m. in Courtroom 6, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, to March 1, 2018 at 10:30 a.m. in Courtroom 6, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721.

The continuance is requested by Panos Lagos, counsel for Plaintiff, who is set for Oral Argument in the United States Court of Appeals for the Ninth Circuit on February 15, 2018 at 9:30 a.m. in Courtroom 1 of the James R. Browning U.S. Courthouse in San Francisco in the case of *Castellanos v. Maya*, Case Number: 17-15034.

Respectfully submitted,

Dated: December 8, 2017        LAW OFFICES OF PANOS LAGOS

*/s/Panos Lagos*
Panos Lagos, Esq.
Attorney for Plaintiffs,
GARRETT JAMES SCHMIDT, Deceased,
through his Co-Successors in Interest,
JAMES A. SCHMIDT, and CYNTHIA SCHMIDT

Dated: December 8, 2017        MEYERS, NAVE, RIBACK, SILVER & WILSON

*/s/Blake P. Loebs*
By: Blake P. Loebs
Attorneys for Defendants,
CITY OF MODESTO, a public entity; CITY OF MODESTO POLICE CHIEF GALEN L. CARROLL, in his individual capacity; CITY OF MODESTO POLICE OFFICERS ALEX BETTIS, JOSEPH LAMANTIA, TYLER CALDWELL, DARIEN WILSON

///
///
///
///

STIPULATION TO CONTINUE 2/15/18 SCHEDULING CONFERENCE
*Schmidt v. City of Modesto, et al.*
USDC (E.D. Cal.) Case No.: 1:17-cv-01411-DAD-MJS        2

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing therefore, IT IS ORDERED that the Mandatory Scheduling Conference now set before the Michael J. Seng on February 15, 2018 at 10:30 a.m. in Courtroom 6, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, is continued to March 1, 2018 at 10:30 a.m. in Courtroom 6, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721.

IT IS SO ORDERED.

Dated: December 8, 2017            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE