UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. SCHMIDT, et al., | No. 1:17-cv-01411-DAD-MJS |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR THE FILING OF A MOTION FOR ATTORNEYS' FEES |
| CITY OF MODESTO, et al., | |
| Defendants. | (Doc. No. 23) |

On March 21, 2018, the parties submitted a stipulation and proposed order to extend the deadline for the filing of a motion for attorneys' fees. (Doc. No. 23.) The parties note that they intend to meet and confer regarding attorneys' fees and costs. (*Id.*) Good cause appearing, the court will grant the stipulated to extension of time and set the following deadlines as requested by the parties in the event they are unable to resolve the issues without a motion:

1. Plaintiffs shall file a motion for attorneys' fees and costs on or by May 10, 2018;
2. Defendants shall file a response or opposition on or by May 17, 2018; and
3. Plaintiffs shall file a reply on or by May 24, 2018.

IT IS SO ORDERED.

Dated: **March 22, 2018**

UNITED STATES DISTRICT JUDGE

1