UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. SCHMIDT, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>Defendants. | No. 1:17-cv-01411-DAD-MJS<br><br>ORDER ENTERING JUDGMENT AGAINST DEFENDANT AND DISMISSING ACTION WITH PREJUDICE<br><br>(Doc. No. 22) |

On March 15, 2018, plaintiffs James A. Schmidt and Cynthia Schmidt as Joint Successors in Interest for Garrett James Schmidt, Deceased, filed a notice of acceptance of a Rule 68 offer and request for entry of judgment. (Doc. No. 22.)

Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. Fed. R. Civ. P. 68(a). The opposing party must accept the offer through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, defendants served plaintiffs' counsel with a Rule 68 offer on March 2, 2018 in the amount of $75,000.01, plus reasonable attorneys' fees and costs incurred by these plaintiffs. (Doc. No. 22 at 5, 8.) Plaintiffs' counsel provided written acceptance of the Rule 68 offer. (*Id.* at 1.)

1

| 1 | Thereafter, on March 27, 2018, the parties stipulated to dismissal of all claims as to all
| 2 | plaintiffs. (Doc. No. 23.) In so stipulating, the parties have requested that the court retain
| 3 | jurisdiction to, if necessary, to resolve the issue of attorneys' fees and costs. (*Id.* at 2.)
| 4 | Accordingly,

1. The Clerk of the Court is directed to enter judgment in favor of plaintiffs James A. Schmidt and Cynthia Schmidt as Joint Successors in Interest for Garrett James Schmidt, Deceased, and against defendants in the amount of $75,000.01 (Doc. No. 22); and
2. All claims of all plaintiffs are dismissed with prejudice, save and except the issue of reasonably incurred attorneys' fees and costs. (Doc. No. 23.)

IT IS SO ORDERED.

Dated: **March 28, 2018**

_____
UNITED STATES DISTRICT JUDGE